**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| *In re* SUBPOENA TO PERRONG LAW LLC | Misc. No. 2:26-mc-88 |
| LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DABELLA EXTERIORS LLC,<br><br>Defendant. | Underlying action:<br><br>United States District Court for the District of Oregon, Portland Division<br><br>Case No. 3:25-cv-00396-SI |

**DECLARATION OF ANDREW ROMAN PERRONG**

My name is Andrew Roman Perrong. Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1. I am over eighteen years of age and an attorney licensed to practice in the Commonwealth of Pennsylvania. I am the sole mmber of Perrong Law LLC (the “Firm”). I submit this declaration in support of the Firm’s Motion to Quash Subpoena, for a Protective Order, and to Stay Compliance. I make this declaration based on my personal knowledge, and if called to testify, I could and would testify competently to the matters stated below. I do not, by this declaration, disclose the substance of any privileged communication or attorney work product, and I expressly preserve all privileges and protections.

2. The Firm, through me, is counsel of record for Plaintiff Leon Weingrad in *Weingrad v. DaBella Exteriors LLC*, No. 3:25-cv-00396-SI (D. Or.).

3. The Firm is a Pennsylvania restricted professional limited liability company. Its only office is located at 1669 Edgewood Rd., Suite 218, Yardley, Bucks County, Pennsylvania 19067, other than a former transitional office in Glenside, Pennsyvlania. The Firm has no office in Oregon or Florida and is not registered or qualified to do business in either State.

4. The Firm's staff work from Pennsylvania. The Firm does not regularly transact business in person in Oregon or Florida.

5. I reside within 100 miles of the James A. Byrne United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

6. On September 17, 2026, counsel for Defendant DaBella Exteriors LLC ("DaBella") emailed a copy of a subpoena to produce documents (the "Subpoena") to my email address, a@perronglaw.com. A true and correct copy of the Subpoena, including its Schedule A, is attached as **Exhibit A**.

7. Neither the Firm nor I has ever agreed to accept service of a Rule 45 subpoena by email, in the underlying action or otherwise.

8. After September 17, 2026, I was informed that a process server acting for DaBella came to the Firm's Yardley office while I was away. No copy of the Subpoena has been delivered to me or to any person authorized to accept service on behalf of the Firm.

9. The Firm does not possess, have custody of, or control any video, photograph, or other document or electronically stored information depicting the October 20, 2025 visit described in the Subpoena. The Firm did not create, commission, or receive any such recording. No such recording is maintained in the Firm's files, case-management systems, servers, or accounts, and none is held by any person in his or her capacity as a member, attorney, or employee of the Firm.

10. Any recording of the October 20, 2025 visit that may have been made was not made at the direction of the Firm or any client, was not made for purposes of the Firm's representation of Plaintiff or the underlying litigation, and is held by an individual, not by the Firm.

11. In response to DaBella's discovery requests seeking such materials, Plaintiff stated that he has no such materials in his possession, custody, or control.

12. To my knowledge, Plaintiff has not alleged in any pleading in the underlying action that DaBella engaged in violence or threatened violence against him on October 20, 2025 and is not pursuing any claim therefor.

13. Responding to the Subpoena as written, including its instructions to search computers, servers, email accounts, and text-messaging accounts and to identify "evidence" regarding an "allegation," would require the Firm to search and review the files of its active litigation against DaBella and to make judgments about those materials that reflect counsel's mental impressions.

14. Counsel for the Firm and Plaintiff conferred with DaBella's counsel regarding the underlying matters raised in the Motion on multiple occasions, including on May 12, 2026, June 11, 2026, and September 1, 2026. DaBella has not withdrawn the Subpoena.

15. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 1, 2026, in the United States of America.

Andrew Roman Perrong