**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| *In re* SUBPOENA TO PERRONG LAW LLC | Misc. No. 2:26-mc-00088 |
| LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DABELLA EXTERIORS LLC,<br><br>Defendant. | Underlying action:<br><br>United States District Court for the District of Oregon, Portland Division<br><br>Case No. 3:25-cv-00396-SI |

**[PROPOSED] ORDER GRANTING MOTION**

AND NOW, this ____ day of ______________, 2026, upon consideration of Non-Party Perrong Law LLC's Motion to Quash Subpoena, for a Protective Order, and to Stay Compliance, and any response thereto, it is hereby **ORDERED** that the Motion is **GRANTED**, as follows:

1. Any obligation of Perrong Law LLC to comply with the subpoena issued by DaBella Exteriors LLC on September 17, 2026 in *Weingrad v. DaBella Exteriors LLC*, No. 3:25-cv-00396-SI (D. Or.), is **STAYED** pending further order of this Court.

2. Perrong Law LLC has no obligation to respond to the subpoena issued by DaBella Exteriors LLC on September 17, 2026 in *Weingrad v. DaBella Exteriors LLC*, No. 3:25-cv-00396-SI (D. Or.) (the "Subpoena"), unless and until it is served in accordance with Federal Rule of Civil Procedure 45(b)(1). Any period under Rule 45(d)(2)(B) shall run only from proper service.

2. The Subpoena is **QUASHED** in its entirety, and Perrong Law LLC need not produce the materials described in the Subpoena.

BY THE COURT:

__________________________________

J.