**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: SUBPOENA TO PERRONG LAW, LLC** | : | **CIVIL ACTION** |
| | : | |
| | : | **NO. 26-0088** |
| | : | |
| | : | |

# ORDER

**AND NOW**, this 2nd day of October 2026, upon consideration of the Motion to quash for subpoena and other relief (DI 1) it is **ORDERED** for DaBella Exteriors LLC to respond to the motion to quash no later than **October 16, 2026**. Movant Perrong Law LLC shall have no obligation to respond to the subject subpoena pending resolution of the motion to quash or further order of the court. Movant Perrong Law LLC shall provide this order to counsel for DaBella Exteriors LLC today.

/s/John F. Murphy, U.S.D.J.

**MURPHY, J.**