**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| *In re* SUBPOENA TO PERRONG LAW LLC | Misc. No. 2:26-mc-00088 |
| LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DABELLA EXTERIORS LLC,<br><br>Defendant. | Underlying action:<br><br>United States District Court for the District of Oregon, Portland Division<br><br>Case No. 3:25-cv-00396-SI |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2026, I caused a copy of the Court's Order (ECF No. 2), to be served by email on the following counsel for DaBella:

"Eyman, Drew" <deyman@swlaw.com>, ddeo@swlaw.com, drew-eyman-6566@ecf.pacerpro.com, "jlanglois@swlaw.com" <jlanglois@swlaw.com>, pdxecf@swlaw.com, Diane Zelmer <djz@berensonllp.com>, Heather Casebolt <hcc@berensonllp.com>

/s/ Andrew Roman Perrong
Andrew Roman Perrong