**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: SUBPOENA TO PERRONG LAW, LLC** | : | **CIVIL ACTION** |
| | : | |
| | : | **NO. 26-0088** |
| | : | |
| | : | |

## ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter my appearance on behalf of Defendant-Respondent, DaBella Exteriors LLC, in regard to the above-captioned matter.

Respectfully submitted,

*/s/ Carmen A. De Gisi*
Carmen A. De Gisi, Esquire (PA ID 208989)
**De GISI LAW GROUP, LLC**
462 Germantown Pike, Suite 11
Lafayette Hill, PA 19444
cd@degisilaw.com.com
Tel.: (610) 897-8721
Fax: (610) 897-8862
*Counsel for Defendant, DaBella Exteriors LLC*

Dated: October 8, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send a notice of electronic filing to all person registered for ECF as of that date and was served via email as follows:

Andrew Roman Perrong
Perrong Law LLC
1669 Edgewood Rd., Suite 218
Yardley, PA 19067
T: 215-225-5529
Email: a@perronglaw.com
*Counsel for Non-Party Perrong Law LLC*

*/s/ Carmen A. De Gisi*
Carmen A. De Gisi, Esq.