IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: SUBPOENA TO PERRONG LAW, LLC<br><br>v. | :<br>:<br>:<br>:<br>:<br>: | Case Number: 26-0088 |

ORDER

AND NOW, this _______ day of ______________________ 20 , it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED. The Clerk is DIRECTED to add Diane J. Zelmer, Esquire as counsel for DaBella Exteriors LLC. Diane J. Zelmer is DIRECTED to request ECF filing access using their PACER Account[1].

☐ DENIED.

_________________________________, J.

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Case Number 26-0088

***MOTION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)***

I, MOVANT'S STATEMENT

I, Diane J. Zelmer the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) to represent DaBella Exteriors LLC. My sponsoring attorney will submit the $75.00 payment using their PACER account at the time of filing this motion.

*A. I state that I am currently admitted to practice in the following state jurisdiction(s):*

| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
|---|---|---|
| SEE ATTACED LIST | | |
| | | |
| | | |

*B. I state that I am currently admitted to practice in the following federal jurisdiction(s):*

| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
|---|---|---|
| SEE ATTACHED LIST | | |
| | | |
| | | |

*C. I state that I am at present a member of the aforesaid bar(s) in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am seeking to enter my appearance for* DaBella Exteriors LLC

*Name of Attorney:* Diane J. Zelmer

*Firm Address:* 1242 SW Pine Island Road, Suite 42-414

*Telephone Number:* 561-429-4496

*Email Address:* djz@berensonllp.com

*I declare under penalty of perjury that the foregoing is true and correct.*

*Executed on* 10/8/2026 [signature]

*(Date)* *(Movant's signature)*

II., SPONSOR'S STATEMENT, MOTION, AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Diane J. Zelmer to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal court(s) and that the applicant's private and personal character is good.

| Carmen De Gisi | [signature] | 01/14/2022 | 208989 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission Date) | Attorney ID Number |

SPONSOR'S OFFICE ADDRESS, EMAIL ADDRESS, AND TELEPHONE NUMBER

De Gisi Law Group, LLC, 462 Germantown Pike, Suite 11, Lafayette Hill, PA 19444

cd@degisilaw.com

610-897-8721

*I declare under penalty of perjury that the foregoing is true and correct.*

*Executed on* 10/8/2026 [signature]

*(Date)* *(Sponsor's signature)*

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: SUBPOENA TO PERRONG LAW, LLC<br><br>v. | :<br>:<br>:<br>:<br>:<br>: | Case Number: 26-0088 |

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the motion of Diane J. Zelmer, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed order, which, if granted, would permit such practice in this court was served on as follows:

Andrew Roman Perrong
Perrong Law LLC
1669 Edgewood Rd.,
Suite 218
Yardley, PA 19067
T: 215-225-5529
Email:
a@perronglaw.com

(Signature of Attorney)

Carmen De Gisi
(Name of Attorney)

DaBella Exteriors LLC
(Name of Moving Party)

10/8/2026
(Date)