| TYPE | JURISDICTIONS | LICENSE NUMBERS |
| --- | --- | --- |
| State | Florida | 27251 |
| Federal | U.S. District Court for the Southern District of Florida | 27251 |
| Federal | U.S. District Court for the Middle District of Florida | 27251 |
| Federal | U.S. District Court for the Northern District of Florida | 27251 |
| Federal | U.S. District Court for the Western District of Michigan | 27251 |
| Federal Appellate | Eleventh Circuit, Court of Appeals | 27251 |
| Federal Appellate | Fourth Circuit, Court of Appeals | 27251 |
| Federal Appellate | Tenth Circuit, Court of Appeals | 27251 |
| Federal Bankruptcy | U.S. Bankruptcy Court for the Southern District of Florida | 27251 |
| Federal Bankruptcy | U.S. Bankruptcy Court for the Middle District of Florida | 27251 |