**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: SUBPOENA TO PERRONG LAW, LLC** | : | **CIVIL ACTION** |
| | : | |
| | : | **NO. 26-0088** |
| | : | |
| | : | |

# ORDER

**AND NOW**, this 9th day of October 2026, upon consideration of the Motion for admission pro hac vice (DI 5) and the motion to amend (DI 6), it is **ORDERED** that both motions are **DENIED WITHOUT PREJUDICE** because the filing fee was not paid.

**MURPHY, J.**