**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: SUBPOENA TO PERRONG LAW, LLC** | : | **CIVIL ACTION :** |
| | : | **NO. 26 MC 0088** |
| | : | |
| | : | |

# ORDER

**AND NOW**, this 9th day of October 2026, upon consideration of the Motion for Leave to Appear Pro Hoc Vice (DI 8), it is **ORDERED** that the motion for Leave to Appear Pro Hoc Vice is **DENIED**.

**MURPHY, J.**