**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| *In re* SUBPEONA TO PERRONG LAW LLC | Misc. No. 2:26-mc-88 |
| LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DABELLA EXTERIORS LLC,<br><br>Defendant. | Underlying Action:<br><br>United States District Court for the District of Oregon, Portland Division<br>Case No. 3:25-CV-00396-SI |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO NON-PARTY PERRONG LAW LLC's MOTION TO QUASH SUBPOENA, FOR A PROTECTIVE ORDER, AND TO STAY COMPLIANCE**

Defendant, DABELLA EXTERIORS LLC, by and through their undersigned attorneys, file this Motion for Extension of Time to respond to non-party PERRONG LAW LLC's Motion to Quash Subpoena, for a Protective Order and to Stay Compliance ("Motion to Quash"), and in support states as follows:

1. On October 1, 2026, non-party PERRONG LAW LLC filed its Motion to Quash. [ECF No. 1].

2. On October 2, 2026, the Court entered an order requiring DABELLA EXTERIORS LLC to respond no later than October 16, 2026. [ECF No. 2].

3. The undersigned counsel has other personal and professional conflicts that requires additional time to prepare a response to the Motion to Quash. In addition, today we just received a copy of the transcript of the second deposition of Leon Weingrad, and require time to incorporate

that deposition testimony into the response to the Motion.

4. As such, DABELLA EXTERIORS, LLC requests an additional seven (7) days to file its response.

5. This request is made in good faith with good cause shown and not for the purpose of undue delay, and no party will be prejudiced by the relief sought herein.

6. This request will not affect any other deadlines entered by the Court.

7. The undersigned counsel certifies that it conferred with Andrew Perrong, Esq. on October 15, 2026, and Mr. Perrong has indicated that he does not oppose the relief sought in this motion.

**WHEREFORE**, DABELLA EXTERIORS, LLC respectfully request that this Court grant its motion for enlargement of time to respond to the Motion to Quash for seven (7) days, through and including October 23, 2026, and such other and further relief this Court deems necessary and proper.

Respectfully Submitted,

*/s/ Carmen A. De Gisi*
Carmen A. De Gisi, Esq.
PA Bar No: 208989
DE GISI LAW GROUP, LLC
462 Germantown Pike, Suite 11
Lafayette Hill, PA 19444
Phone: 610-897-8721
Facsimile: 610-897-8862
E-mail: cd@degisilaw.com
AND
Diane J. Zelmer, Esq. (*pro hac vice*)
FL Bar No: 27251
E-mail: djz@berensonllp.com
Secondary: hac@berensonllp.com
BERENSON LLP
4495 Military Trail, Suite 203
Jupiter FL 33458
Phone: 561-429-4496

Facsimile: (703) 991-2195
*Counsel for DABELLA EXTERIORS, LLC*

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| *In re* SUBPEONA TO PERRONG LAW LLC | Misc. No. 2:26-mc-88 |
| LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DABELLA EXTERIORS LLC,<br><br>Defendant. | Underlying Action:<br><br>United States District Court for the District of Oregon, Portland Division<br>Case No. 3:25-CV-00396-SI |

**CERTIFICATION OF DIANE J. ZELMER**

I, DIANE J. ZELMER, of full age, pursuant to 28 U.S.C.S. § 1746, hereby declare as follows:

1. I am an attorney admitted to the bar of the State of Florida and I was specially admitted to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b).

2. I am counsel with the law firm of Berenson LLP, and I represent Respondent, DaBella Exteriors LLC ("Respondent"), in the above-referenced matter.

3. Pursuant to the Policies and Procedures of the Honorable John F. Murphy, U.S.D.J., and the October 2, 2026 Order (ECF No. 2) in this matter, on October 15, 2026, I conferred via email with Andrew Roman Perrong, Esquire, counsel for Movant, and requested an extension of time of seven (7) days to file Respondent's response to Movant's motion to quash.

4. Counsel for Movant indicated his client did not object to the request for an additional seven (7) days to respond thereby extending the date to October 23, 2026.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 15, 2026

*/s/ Diane J. Zelmer*
DIANE J. ZELMER