**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| *In re* SUBPEONA TO PERRONG LAW LLC | Misc. No. 2:26-mc-88<br><br>Underlying Action:<br><br>United States District Court for the District of Oregon, Portland Division<br>Case No. 3:25-CV-00396-SI |
| LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DABELLA EXTERIORS LLC,<br><br>Defendant. | |

**<u>CERTIFICATE OF SERVICE</u>**

I, Carmen A. De Gisi, Esquire, hereby certify that on October 15, 2026, I served a true and correct copy the foregoing Unopposed Motion for extension of Time to File a Response on all counsel of record via ECF.

Respectfully Submitted,

*<u>/s/ Carmen A. De Gisi</u>*
Carmen A. De Gisi, Esq.
PA Bar No: 208989
DE GISI LAW GROUP, LLC
462 Germantown Pike, Suite 11
Lafayette Hill, PA 19444
Phone: 610-897-8721
Facsimile: 610-897-8862
E-mail: cd@degisilaw.com

Dated: October 15, 2026