**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| *In re* SUBPEONA TO PERRONG LAW LLC | Misc. No. 2:26-mc-88 |
| LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DABELLA EXTERIORS LLC,<br><br>Defendant. | Underlying Action:<br><br>United States District Court for the District of Oregon, Portland Division<br>Case No. 3:25-CV-00396-SI |

**ORDER**

AND NOW, this _____ day of ________________________, 2026, upon consideration of the Unopposed Motion of Respondent, DaBella Exteriors, LLC, to extend the time to respond to the Motion to Quash, it is hereby ORDERED that Respondent's Motion is GRANTED. It is FURTHER ORDERED for DaBella Exteriors LLC to respond to the motion to quash no later than October 23, 2026. Movant Perrong Law LLC shall have no obligation to respond to the subject subpoena pending resolution of the motion to quash or further order of the court.

BY THE COURT:

_________________________
JOHN F. MURPHY
United States District Judge