**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: SUBPOENA TO PERRONG LAW, LLC** | : | **CIVIL ACTION** |
| | : | |
| | : | **NO. 26MC0088** |
| | : | |
| | : | |

# ORDER

**AND NOW**, this 15th day of October 2026, upon consideration of the Motion for Extension of Time to File Response/Reply (DI 12) it is **ORDERED** that the Motion for Extension of Time to File Response/Reply (DI 12) is **GRANTED** in part and a response shall be filed by **October 20, 2026**.

**MURPHY, J.**