# Exhibit 4
# 9/11/26 Email from Counsel regarding video

| | |
|---|---|
| **Subject:** | Re: SERVICE OF COURT DOCUMENTS CASE No.: 3:25-cv-00396-SI Weingrad v. DaBella Exteriors LLC |
| **Date:** | Friday, September 11, 2026 at 11:10:00 AM Eastern Daylight Time |
| **From:** | Anthony Paronich |
| **To:** | Diane Zelmer |
| **CC:** | Heather Casebolt, Andrew Perrong, perronglaw@recap.email, anthony.paronichlaw@recap.email, Eyman, Drew, jlanglois@swlaw.com |
| **Attachments:** | image001.jpg, image002.png, image003.png, image004.png, image005.jpg |

Hello, I wanted to circle back here.

Also, on the other issues:

We are working on getting dates for Mr. Weingrad, which I assume will be virtual, but let me know.

We disagree that the deposition of Mr. Weingrad's wife is appropriate and will move to quash any subpoena you issue in this respect.

The video is not in Mr. Weingrad's possession, care, custody, or control. If you feel the need to subpoena Perrong Law, you are free to do so, and I am sure they will respond accordingly.

----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[c] (508) 221-1510
[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

On Wed, Sep 9, 2026 at 5:44 PM Anthony Paronich <anthony@paronichlaw.com> wrote:

> October 7 would be better. Let me know the time for each and on scope we have 2 30(b)(1) witnesses and 1 topic for a 30(b)(6) witness, so I'm not sure what further scope conversation needs to be had.
> ----
> Anthony Paronich
> Paronich Law, P.C.