**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re SUBPOENA TO PERRONG LAW LLC

LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situated,

Plaintiff,

vs.

DABELLA EXTERIORS LLC,

Defendant.

Misc. No. 2:26-mc-88

Underlying Action:

United States District Court for the District of Oregon, Portland Division
Case No. 3:25-CV-00396-SI

**UNOPPOSED MOTION TO SEAL PORTIONS OF RESPONSE IN OPPOSITION TO NON-PARTY PERRONG LAW LLC's MOTION TO QUASH SUBPOENA, FOR A PROTECTIVE ORDER, AND TO STAY COMPLIANCE**

# MOTION

Pursuant to Local Rule 5.1.5 DABELLA EXTERIORS, LLC moves to file portions of its Response in Opposition to Non-Party PERRONG LAW LLC's Motion to Quash [ECF No. 14] and [ECF No. 14-1] under seal ("Motion").

# MEMORANDUM

## I. Legal Standard

This Court will enforce private confidentiality agreements as a matter of contract law. *See In re Avandia Mktg., Sales Practices & Prod. Liab. Litig.*, 924 F.3d 662, 671-73 (3d Cir. 2019).

## II. Discussion

1. On May 21, 2026, the parties entered into a Stipulated Protective Order in the Underlying Action. The Stipulated Protective Order governs the use and dissemination of records designated as "Confidential" by the parties. A copy is attached as Exhibit 1.

2. On October 21, 2026, ANDREW PERRONG sent an email indicating that he considered the excerpts of the deposition transcript filed as ECF 14-1 as "Confidential" pursuant to the Stipulated Protective Order since 30 days had not passed since the date of the transcription on October 14, 2026. ANDREW PERRONG also requested redaction of any citations to the deposition of Leon Weingrad in ECF 14.

3. Pursuant to Paragraph 6 of the Stipulated Protective Order, DABELLA EXTERIORS, LLC requests that the Court enter an Order permitting ECF 14 and ECF 14-1 to be submitted and filed under seal and remain sealed until November 13, 2026 if no "Confidential" designation has been made by that date. If a "Confidential" designation has been made, then DABELLA EXTERIORS LLC requests the documents remain sealed until final resolution of this matter, including through an appeal, if any, or until a determination by the Court that the matters therein are not Confidential.

DABELLA EXTERIORS LLC further requests that all copies of sealed materials be returned to their counsel upon final resolution of this matter.

4. By submitting this Motion, the undersigned does not admit that any portion is "Confidential," and hereby retains the right to dispute the designation of such materials as "Confidential."

**LR 7-1 CERTIFICATION**

Defendant, DABELLA EXTERIORS LLC hereby certifies that in compliance with Local Rule 7.1, ANDREW PERRONG specifically requested the sealing of the transcript of Leon Weingrad via email and the parties also conferred via telephone on the date referenced below, and ANDREW PERRONG indicated he agrees with the relief sought in the motion to seal. A copy of the Certification is attached as Exhibit 2.

**WHEREFORE**, Defendant, DaBella Exteriors, LLC respectfully requests that this Court enter an order granting DaBella Exteriors, LLC's unopposed motion to file the transcript under seal, and to seal certain portions of the response, and for such other relief as the Court so deems necessary or proper.

Dated: October 21, 2026

Respectfully Submitted,

Carmen A. De Gisi, Esq.
PA Bar No: 208989
DE GISI LAW GROUP, LLC
462 Germantown Pike, Suite 11
Lafayette Hill, PA 19444
Phone: 610-897-8721
Facsimile: 610-897-8862
E-mail: cd@degisilaw.com
*Counsel for DABELLA EXTERIORS, LLC*

/s/ Diane J. Zelmer, Esq.
Diane J. Zelmer, Esq., *pro hac vice*
Florida Bar No. 27251
BERENSON LLP
1242 SW Pine Island Rd., Suite 42-414
Cape Coral, Fl 33991
Tel: (561) 429-4496
Fax: (703) 991-2195
Email: djz@berensonllp.com
Secondary Email: hcc@berensonllp.com
*Counsel for DaBella Exteriors LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 21, 2026, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

/s/ Diane J. Zelmer
Diane J. Zelmer, Esq.
BERENSON, LLP

**SERVICE LIST**

Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
T: (215) 225-5529
a@perronglaw.com
*Attorney for Perrong Law LLC*