**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| *In re* SUBPOENA TO PERRONG LAW LLC | Misc. No. 2:26-mc-88 |
| LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DABELLA EXTERIORS LLC,<br><br>Defendant. | Underlying Action:<br><br>United States District Court for the District of Oregon, Portland Division<br>Case No. 3:25-CV-00396-SI |

**CERTIFICATION OF DIANE J. ZELMER**

I, DIANE J. ZELMER, of full age, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am an attorney admitted to the bar of the State of Florida and I was specially admitted to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b).

2. I am counsel with the law firm of Berenson LLP, and I represent Respondent, DaBella Exteriors LLC ("Respondent"), in the above-referenced matter.

3. Pursuant to the Policies and Procedures of the Honorable John F. Murphy, U.S.D.J., and the October 2, 2026 Order (ECF No. 2) in this matter, the parties conferred as follows: on October 21, 2026, Andrew Perrong sent an email to undersigned counsel, requesting the undersigned to file the Motion to Seal.

4. Counsel for LEON WEINGRAD and PERRONG LAW LLC expressly requested the relief sought in the Motion to Seal via email on October 21, 2026 and the parties conferred via

telephone as well, and ANDREW PERRONG indicated that he agrees with the relief sought in the Motion to seal portions of ECF 14 and the entirety of ECF 14-1.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 21, 2026

*/s/ Diane J. Zelmer*
DIANE J. ZELMER