**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| *In re* SUBPOENA TO PERRONG LAW LLC | Misc. No. 2:26-mc-88 |
| LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DABELLA EXTERIORS LLC,<br><br>Defendant. | Underlying Action:<br><br>United States District Court for the District of Oregon, Portland Division<br>Case No. 3:25-CV-00396-SI |

**ORDER**

AND NOW, this _____ day of _______________________, 2026, upon consideration of the Unopposed Motion to Seal Portions of Response in Opposition to Non-Party PERRONG LAW LLC's Motion to Quash Subpoena, for a Protective Order and to Stay Compliance, DaBella Exteriors, LLC, it is hereby ORDERED that Respondent's Motion is GRANTED. ECF No. 14 and ECF No. 14-1 shall be replaced as sealed and redacted documents in the public record, and remain sealed until further order of the Court. If no "Confidential" designation has been made, then ECF No. 14 and 14-1 shall be unsealed on November 13, 2026.

The Court retains the right to allow disclosure of any subject covered by this order or to modify this order at any time in the interest of justice.

BY THE COURT:

_________________________
JOHN F. MURPHY
United States District Judge